IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VIOLET GALLAGHER,

    Plaintiff

v.

EAST BUFFALO TOWNSHIP,

    Defendant.

No. 4:12-cv-00777

(Judge Brann)

**ORDER**

August 29, 2013

In accordance with the Memorandum filed this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Summary Judgment on plaintiff's federal claim is GRANTED.

2. Plaintiff's Motion for Summary Judgment is DENIED.

3. Final judgment is entered in favor of defendant and against plaintiff on the federal claim.

4. The Court relinquishes jurisdiction over plaintiff's state law claims; they are dismissed without prejudice.

5. The Clerk of Court is directed to close the case file.

        BY THE COURT:

          s/ Matthew W. Brann
        Matthew W. Brann
        United States District Judge