IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VIOLET GALLAGHER, :
:
    Plaintiff :
: No. 4:12-cv-00777
v. :
: (Judge Brann)
EAST BUFFALO TOWNSHIP, :
:
    Defendant. :

**ORDER**

January 3, 2014

In accordance with the Memorandum filed this date, it is hereby ORDERED that plaintiff's motion for reconsideration (Sept. 12, 2013, ECF No. 62) is DENIED.

                                      BY THE COURT:

                                      s/ Matthew W. Brann
                                      Matthew W. Brann
                                      United States District Judge